

dk 4-9-21-18

Wilkie D Ferguson Jr U.S.
Courthouse 400 North Miami Avenue
Room 8N09 Miami Florida 33128

Egerton Negrón Eduardo
Plaintiff   cat/div 1983/550/MIA
            Case # _____
            Judge _____ Mag white
Vs.         Motn Ifp NO  Fee pd $ —
            Receipt # _____

FILED by JAO D.C.
OCT 01 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

Jerriel Killer phone number 813-458
2988 year 2007 Ive been raped
and my et wife and his son and my
Tampa st damage violated Amendment
I (1791). Amendment VIII. violated sexual
et wife Sabrina Espotito Ruiz his son
Joel one year and my I got the
fuches in orozaron and me his
brothers Ive been raped they
raped their own mother and they
forced her to have setso and
the police Jesus Arena Devin
DeRemoncourt Rickardo Lynch your
police superior Department of corrections
1313 N. Tampa St Suit# 438 Tampa FC
33602 they tortured the mother raped
his name es Ivelisse O/A 813-458-6341
complain here he sent you a copy
of complaint
defendant.



In the year 2007 of the day on the street Tampa st Tampa Florida they brought my ex-wife and my and his son Joel the raped her and the I arrive Police for call 911. And then this officer Rashid Your Police superior Florida department of corrections 1313 N. Tampa st suite # 438 Tampa Florida 33602. And say radio of cop notif yet not stay nothing and raped us verifical the call 911. In the year 2007. How time by the day and 9:00 AM 1:00 PM and the will see this police is that they call and they say not yet any violation setual and this police it is, assumed were in his office the are official of probation not was her department of work day of the week this police is dangerous and superior and Barbara Mc Dowell, Devin Derenon court Jesus Arenh this day setually raped boys and girls and women and man and killed and I saw they what are you wearing theres still more people that were and I can and tell them I wish to in for you this police were drugged and used the pistol current about my my ex wife and about his son and I got a drink meau shit and gasolina

③

togeter these People I've been Raped these are the name Donald John Trump President from United States Melinia Trump, Barack obama Michelle obama, Bill clinton Hillary clinton and your daughter George walker Buch Pedro Juan Rossello Gonzalez. Silla Maria Calderon Serra and Nilsa Losada Pedro Toledo Soy la Voy Department of corrections 1313 N. Tampa St suite #438 Tampa, Florida 33602 Devin Derenoncourt, and Jesus Arena Your Superior More Police And Person That I can identicar. Bob Arum Promotor Boxeo Top Rhum Boxing. Pedro Cabero Promotor Dominican Boxing and wife Iri Cabero and daughter promototor Boxeo Don King Michael Gerard, oscar de la Hoya millie correter Bernard Hopkins Floyd Joy May weather Jr. Floyd May weather Sr. Pacquiau, Jinkee Pacquiau Freddie Roach, Julio Cesar Chavez And his two Sons the mother of His Sons, Roberto Duran Sharego Manny Siaca, Hulk Hogan Terrence Gene "Terry" Bollea. carlos colon, 18 de Julio de 1948 Two son and daughter Enos colon. Hugo Savinovich Jose Huertas Gonzalez. Invader #1 Abdullah the Butcher Chiqui Star.

(4)

"Sadistic" Steve Strong, Dwayne "Johnson" La Roca, Vin Diesel Joel Casamayor alias Cepillo Felix Juan Trinidad Garcia and father and mother and the first wife. Hector Macho Camacho and the son, mother Hector Macho Camacho mother from of the son from Hector Macho Camacho and cousin Macho Camacho. Alcin Alicea Arroyo and his wife and son. Juan Carlos Manuerti and mother and brother, Omar Moreno and mother father and brother from Puerto Rico towns Manati, Miguel Angel Cotto Vazquez and brother and wife, Michael Jeffrey Jordan Michael Jordan and first wife your son LeBron James and Tyronn Lue Dennis Rodman Armando Christian Perez Shakira Isabel Daddy Yankee Roman Luis Ayala Rodriguez, an actors of the movie Talento del Barrio 2008. Actors of movie Y Estrella Jennifer Lynn Lopez Cuco Conde, Marc Anthony and first wife India Linda Bell Ciera Caballero Marco Antonio Maurie Rihanna, Chris Brown Rick Ross. DJ. Khaled Khaled Mohamed Khaled.
→

Onika Butera Lit Wayne Michael Carter Jr. Chris Brown Christopher Maurice Brown, Miley Cyrus Miley Ray Cyrus Beyonce Giselle Jay Z 50cent Nicole Natalie Maraw Coco Ice-T Tracy Marec Nuris Diaz Olga Teresa Tañon Ortiz Igol Gonzalez Niet Rodriguez Luis Alfonso Rodriguez Ricky Martin Enrique Martin Morales Chayenne Elmer Figueroa Arce Rayman Arieta Gustavo Roy Diaz Bid Boy Myka Gaz Toño Rosario Hector Marcano Robert Deniro Alfredo James Pacino Kosso Shontarrosa Luis Armando 10 2Nda Cruz Nico C. And wife and daughter Reuben Currutia Ruben O.J. Angel Luis Ortiz Wiso G. Fano Hector Luis Delgado Roman Hector El Father El Narco Puertorriqueño Angelo Millones, El Narco Puertorriqueño Junior Capsula Jose Figueroa Agosto Guanabanas or eric La industria Kanye West Fat Joe Calvin Cordozar Broadus Jr. Oshea Jackson Ice Cube Cameron Jibril Thomaz Wiz Kalifa Israel Pernes Ortiz Mexicano and mother and sister

⑥

David Sanchez Badillo Efrain David Fines Eddie Dee Tegui Calderon Rosario Tego Calderon Don Omar and Jackie Guerrido, Dori Rodriguez Omar William Omar Landron, Rivera Julio Voltio Julio Irving Ramos Filomero Yandel Llandel Veguilla Malave Wisin Juan Luis Morera Luna Arcangel Austin Santos and Carmen Santos and Father, Jose Fernando Coscuiluela and Mother, Suarez Farruko Carlos Efren Reyes Rosado Ricky Jam Nick Rivera Caminero Nengo Flow Edwin Ortiz, "Macho" Neftali Nuarez Nunez Julio Angel Iago Ferrer "Cirilo" Jose Fernando Rivera Moenes Kendo Kaponi Jose Alberto Torres Asnee Yomo Bay Rasta Guingo Felo Man Alberto Stylee Joel Hernandez Rodriguez Master Joe Adolfo Ramirez Bruno OG Blank Robert Edward Rosado Suarez Draco Rosa Ruben Blades Bellino de Luna Courder Chacon and Iris Chacon and husband, Gerardo Rivera Rodriguez Jerry Rivera Tito Nieves Humberto Nieves

→ → →

(7)

Marialy Rivera, Taina Noris Diaz Perez, Tito Rojas Julio Cesar Rojas Lopez Pina record Jerry Rivera Tito G Polaco Rafael Sierra Tito MC Cassidy Rafael Omar Polaco Alberto Mendoza Nieves MC Ceja Edgar Santana alias Mr. Cacanucci Ricardo Garcia ortiz Don Chezina and Mother Empire Chios A lopez Rivera Rafael Torres ortega and daughter wanda Rolon, Edgardo dias and wife and daughters and son father pastor Edgardo dias lives in Tampa Florida, David Rivera and wife lives in Tampa Florida. John Henry El Chino Millan and wife and daughter Ludy lopez pastor church Iglesia Misionera Senda de libertat. Puerto Rico Borado Angel trujillo and wife and daughter son. Pastor Randy White and wife Paula Marys toll manager FSD Rooming House 115 Po Box 8337 Tampa Florida 33672 813 924 8289 Taina Caribean cuisine 8330 N. Florida Ave Tampa Florida 33815, 786 970-1575 Pipos Son Cafeteria Restaurant, INC Town Country 7233 W. Hillsborough Ave Tampa →

⑧

Mi Sol Cafe 213 E. Yukon St Tampa Florida 33604 813-915-0001 DR. CAMEJO 4714 N. Armenia Ave Ste 100, Tampa Florida 33603 and the Nurse. DR. Rene Villa and Courier and Secretary NPI 4107 W. Spruce Street Ste 100 Tampa, Florida 33607 Jim Batts body shop Guaranter color matching 3207 Florida Ave Tampa, Florida 33603. Gold Ring Cafe Tampa Florida. Tuty Rodriguez Rodriguez "Alias" "Tuti" and Family lives in Tampa Florida Dessire Rosado 813-900 2587. Fatima 813 381-0321, Wife 813-380-3408. Raymon Torres 784-632-1108. Jose Clementes Pintos "Alias" "Cheo" And wife "Alias" "Awilda" and children and Family you are people they are dangerous Angel Luis Rosado. 813-735-3547. And Family mother and Sister. Magigmal 8330 N. Florida Ave Tampa Florida 33604. 813-714-6273. Tatoos Alex 813 606 8786 and owners Good Samaritan John F. Watson 3302 Florida Avenue Tampa, Florida 33603 Hurricane Boxing Gym Jerry Ortiz and wife and Niños Willo and Guelomin, Caroen 2601 N. Tampa Street Tampa, FL 33602



(9)

Fundador Figueroa Negron and wife your children the wife of their children Ermeralda Figueroa and his mother and brothers and the husband from Ermeralda Figueroa and her husband has an uncle and an aunt and they have two children they lived in Chicago Illinois they are dangerous Im threatened of death if the Demanding the arrested these people they are dangerous they are going to die people children Judges Fiscal innocent I need you give me a date to the court for declaration More missing people that I can identify this woman's family its dangerous Tamara Ramos Rivera ivette Ramos Rivera Lorisa Ramos Rivera David Ramos Rivera and the sons husband of Tamara Ramos Riveras alias Pacun parents and brother and sister Tamara Ramos Rivera Phone 1-787-204-7550

(10)

Victor Ayala and familia. Frend of the defendant Eladio Figueroa Negron. I can identify more people I need be an appointment to the court. Martha Mendez and hussband and his two children Maria Negron Scaso father of his children Tony Scaso this is phone Martha Mendez 813-516-4931. this is phone Maria Negron Ayala 203 706 6961, children from Maria Negron Ayala they were. Nora Guillot and brother and family Jessica Guillot the mode me to drink wine shit Casolina they drugged me and used the gun of electricity about me and about my et wife Sobrina Espotito Ruiz and about your son Joel just had one year and a half they took me out semen and blood and they say they have it in the freezer they will rape Set an( to kill 70 my semon blood to be responsible of the case

(11)

Armando Christian Pérez "Pitbull"
Giselle Blondet, Gloria Estefan
Emilio Estefan, Rene Perez Joglar
Armando Christian Perez Alias Pitbull
Justin Drew Bieber, Joaquin Archivaldo
Guzman Loera, Raul de Molina
Lili Estefan, Luisito Vigoreaux
Albert Rodriguez et de MaxiPily
Rivera, Roberto Nomar, Ivan
Rodriguez, Angelo Millones
Jose David Figueroa Agosto
Alex Trujillo, Rafael Rivera
Ruiz Alias Rafy Choven, Chongo
lives in Puerto Rico Cayey Sector
Cayey, Bebe Peta PuertoRico
Sou Pela PuertoRico, I need
appointment for court missing
more person that I can identify
and I need federal protection
I am my ex wife and his son
your name Sabrina Esposito
Ruiz his son Joel



Figueroa Negron, Eduardo
P.O. Box 173494
Tampa, FL 33672

Wilkie D Ferguson
US Courthouse 400 north
Miami Avenue Room 8N09 MIA
Florida 33128

USMS INSPECTED
BY _____

U.S. POSTAGE PAID
FCM LG ENV
TAMPA, FL
33602
SEP 21, 18
AMOUNT
$0.08
R2305H130813-04

33128

7018 0360 0000 3877 7308